Melissa A. Chuderewicz
**PEPPER HAMILTON LLP**
*(A Pennsylvania Limited Liability Partnership)*
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808 - Phone
(609) 452-1147 - Facsimile
*Attorneys for Plaintiff*
*Otsuka Pharmaceutical Co., Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC. and AUROLIFE PHARMA LLC,<br><br>Defendants. | ) | Civil Action No.: 14-cv-3306-JBS-KMW |

**<u>OTSUKA'S REPLY TO AUROBINDO'S COUNTERCLAIMS</u>**

Plaintiff Otsuka Pharmaceutical Co., Ltd. ("Otsuka"), in Reply to the Counterclaims of Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC (collectively "Aurobindo"), filed on November 14, 2014, hereby states as follows:

1. Upon information and belief, Otsuka admits the allegations of paragraph 1 of Aurobindo's Counterclaims.

2. Upon information and belief, Otsuka admits the allegations of paragraph 2 of Aurobindo's Counterclaims.

3. Upon information and belief, Otsuka admits the allegations of paragraph 3 of Aurobindo's Counterclaims.

4. Otsuka admits the allegations of paragraph 4 of Aurobindo's Counterclaims.

5. Otsuka admits that it filed a Complaint in this judicial district on May 23, 2014, alleging that Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC have infringed claims of U.S. Patent Nos. 8,017,615 ("the '615 patent"), 8,580,796 ("the '796 patent") and 8,642,760 ("the '760 patent"), and that Aurobindo Pharma Limited purports to have submitted a Paragraph IV certification pursuant to 21 U.S.C. § 355(j) with respect to each of the '615 patent, the '796 patent and the '760 patent.

6. Otsuka admits that Aurobindo purports to bring an action for declaratory judgment of patent noninfringement and invalidity against Otsuka arising under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Patent Laws of the United States, 35 U.S.C. § 101 *et seq*., but denies that Aurobindo is entitled to any of the relief it seeks. Otsuka further admits that this Court has subject matter jurisdiction over Aurobindo's Counterclaims under 28 U.S.C. §§ 1331 and 1338(a) but denies the remaining allegations of paragraph 6 of Aurobindo's Counterclaims.

7. Otsuka admits that it filed a Complaint in this judicial district on May 23, 2014, alleging that Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC have infringed claims of the '615 patent, the '796 patent and the '760 patent.

8. Otsuka admits that a justiciable controversy exists between Aurobindo and Otsuka regarding Aurobindo's infringement of the claims of the '615 patent, the '796 patent and the '760 patent.

9. Otsuka admits that it filed the present action in this Court, and does not contest that this Court has personal jurisdiction over Otsuka for purposes of Aurobindo's Counterclaims in this case, but denies any remaining allegations in paragraph 9 of Aurobindo's Counterclaims.

10. Otsuka admits that venue is proper in this judicial district under 28 U.S.C. § 1391(b) but denies any remaining allegations in paragraph 10 of Aurobindo's Counterclaims.

11. Otsuka denies the allegations in paragraph 11 of Aurobindo's Counterclaims.

12. Otsuka denies the allegations in paragraph 12 of Aurobindo's Counterclaims.

13. Otsuka denies the allegations in paragraph 13 of Aurobindo's Counterclaims.

14. Otsuka denies the allegations in paragraph 14 of Aurobindo's Counterclaims.

15. Otsuka denies the allegations in paragraph 15 of Aurobindo's Counterclaims.

16. Otsuka denies the allegations in paragraph 16 of Aurobindo's Counterclaims.

17. Otsuka denies the allegations in paragraph 17 of Aurobindo's Counterclaims.

18. Otsuka denies the allegations in paragraph 18 of Aurobindo's Counterclaims.

19. Otsuka denies the allegations in paragraph 19 of Aurobindo's Counterclaims.

20. Otsuka denies the allegations in paragraph 20 of Aurobindo's Counterclaims.

21. Otsuka denies the allegations in paragraph 21 of Aurobindo's Counterclaims.

22. Otsuka denies the allegations in paragraph 22 of Aurobindo's Counterclaims.

**WHEREFORE,** Plaintiff Otsuka denies that Aurobindo is entitled to the judgment and relief requested in Aurobindo's Counterclaims, and respectfully requests that this Court enter judgment in its favor and against Aurobindo on the Counterclaims set forth above and respectfully requests that this Court:

1) dismiss Aurobindo's Counterclaims with prejudice;

2) deny any of the relief that Aurobindo seeks in its Counterclaims;

3) grant Otsuka the relief it requests in its Complaint; and

4) award Otsuka such further and additional relief as this Court deems just and proper.

Dated: December 22, 2014

Respectfully submitted,

*s/ Melissa A. Chuderewicz*
Melissa A. Chuderewicz
chuderem@pepperlaw.com
PEPPER HAMILTON LLP
(*A Pennsylvania Limited Liability Partnership)*
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543
(609) 452-0808
*Attorneys for Plaintiff*
*Otsuka Pharmaceutical Co., Ltd.*

Of Counsel:

James B. Monroe
Paul W. Browning
Denise Main
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000